```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 07895
   LOIS RAMIREZ
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-8834


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/02/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
-----------------------------------------------------------------------------
AURORA LOAN SERVICES     CURRENT MORTG          .00             .00             .00
AURORA LOAN SERVICES     MORTGAGE ARRE     NOT FILED            .00             .00
TOYOTA MOTOR CREDIT CORP SECURED VEHIC          .00             .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00          .00           .00           .00
PRINCIPAL PAID            .00         .00          .00           .00           .00
INTEREST PAID             .00         .00          .00           .00           .00
TOTAL PAID                .00         .00          .00           .00           .00
The Debtor's attorney, PRO SE DEBTOR                   , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 09/18/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                                            PAGE   2
           CASE NO. 08 B 07895 LOIS RAMIREZ
```